IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUN -9 PM 12: 29

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:26CR108 |
| vs. | INDICTMENT<br>18 U.S.C. § 111(a)(1) & (b)<br>18 U.S.C. § 115(a)(1)(B) |
| DANIEL RAY CORTER, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about April 5, 2026, in the District of Nebraska, the defendant, DANIEL RAY CORTER, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: VICTIM 1, who was engaged in the performance of official duties, which acts inflicted bodily injury to VICTIM 1.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT II

On or about April 5, 2026, in the District of Nebraska, the defendant, DANIEL RAY CORTER, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: VICTIM 2, who was engaged in the performance of official duties, which acts involved physical contact with VICTIM 2.

In violation of Title 18, United States Code, Section 111(a)(1).

1

## COUNT III

On or about April 5, 2026, in the District of Nebraska, the defendant, DANIEL RAY CORTER, did threaten to assault VICTIM 3, a Federal Police Officer, with intent to impede, intimidate, and interfere with VICTIM 3 while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

LYNAE A. TUCKER-CHELLEW, NE #27521
Assistant U.S. Attorney

2